Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−17078−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shaniqua I. Harris
   692 1/2 Chesnut Street
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−9809

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/16/24 and a confirmation hearing on such Plan has been scheduled for 10/3/24.

The debtor filed a Modified Plan on 10/17/24 and a confirmation hearing on the Modified Plan is scheduled for 11/21/2024. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 18, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 24-17078-VFP
Shaniqua I. Harris                                                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                                Page 1 of 3
Date Rcvd: Oct 18, 2024                      Form ID: 186                                           Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaniqua I. Harris, 692 1/2 Chesnut Street, Kearny, NJ 07032-3015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520332309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 21:07:56 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:45 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520332313 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 20:44:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520332314 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 20:44:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520340058 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2024 20:57:09 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520332316 | ^ | MEBN | Oct 18 2024 20:46:21 | DEPT OF EDUCATION/NELN, POB 60610, HARRISBURG, PA 17106-0610 |
| 520332317 | + | Email/Text: mrdiscen@discover.com | Oct 18 2024 20:43:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520332321 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:57:14 | MACY'S/ DSNB, ATYTN: BANKRUPTCY, 701 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104 |
| 520337797 | | Email/Text: mrdiscen@discover.com | Oct 18 2024 20:43:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520332318 | ^ | MEBN | Oct 18 2024 20:46:03 | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 520332311 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 18 2024 21:07:46 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520332319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 21:07:58 | LVNV FUNDING/RESURGENT CAPITAL, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520343203 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 20:56:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332322 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2024 20:56:55 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 520332323 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 520332324 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 18 2024 20:55:55 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 520332325 | | Email/Text: EBN@Mohela.com | Oct 18 2024 20:43:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DR, CHESTERFILED, MO 63005 |
| 520354371 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 18 2024 21:20:03 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520395184 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520332326 | | Email/Text: bankruptcydocs@osla.org | Oct 18 2024 20:43:00 | OKLAHOMA STUDENT LOAN AUTHORITY, ATTN: BANKRUPTCY, 525 CENTRAL PARK DRIVE, SUITE 600, OKLAHOMA CITY, OK 73105 |
| 520332327 | | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520353661 | + | Email/Text: bankruptcy@purchasingpower.com | Oct 18 2024 20:44:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 520373791 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2024 20:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520385968 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 21:07:32 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 21:07:42 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520332329 | | Email/Text: bankruptcy@td.com | Oct 18 2024 20:44:00 | TD BANK, N.A., ATTN: BANKRUPTCY, 1701 RT 70 EAST, CHERRY HILL, NJ 08003 |
| 520336086 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 18 2024 21:07:39 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520332310 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332315 | *+ | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520332320 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: 186 | Total Noticed: 30 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Shaniqua I. Harris ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4