Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  24−17078−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shaniqua I. Harris
   692 1/2 Chesnut Street
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−9809

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 25, 2024.

Dated: November 25, 2024
JAN: mcp

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17078-VFP |
| Shaniqua I. Harris | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaniqua I. Harris, 692 1/2 Chesnut Street, Kearny, NJ 07032-3015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520332309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:14:32 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332312 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:14:06 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520332313 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 25 2024 20:51:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520332314 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 25 2024 20:51:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520340058 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 25 2024 21:13:50 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520332316 | ^ | MEBN | Nov 25 2024 20:51:27 | DEPT OF EDUCATION/NELN, POB 60610, HARRISBURG, PA 17106-0610 |
| 520332317 | + | Email/Text: mrdiscen@discover.com | Nov 25 2024 20:50:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 520332321 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2024 21:01:25 | MACY'S/ DSNB, ATYTN: BANKRUPTCY, 701 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104 |
| 520337797 | | Email/Text: mrdiscen@discover.com | Nov 25 2024 20:50:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520332318 | ^ | MEBN | Nov 25 2024 20:50:59 | Hayt, Hayt, & Landau, LLC, 2 Industrial Way West, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 520332311 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2024 21:00:58 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 520332319 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:25:21 | LVNV FUNDING/RESURGENT CAPITAL, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520343203 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:14:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332322 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 25 2024 21:01:19 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 520332323 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 20:51:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 520332324 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 25 2024 21:00:58 | MIDLAND MORTGAGE CO, ATTN: CUSTOMER SERVICE/BANKRUPTCY, PO BOX 26648, OKLAHOMA CITY, OK 73126-0648 |
| 520332325 | | Email/Text: EBN@Mohela.com | Nov 25 2024 20:51:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DR, CHESTERFILED, MO 63005 |
| 520354371 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 25 2024 21:25:11 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520395184 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520332326 | | Email/Text: bankruptcydocs@osla.org | Nov 25 2024 20:50:00 | OKLAHOMA STUDENT LOAN AUTHORITY, ATTN: BANKRUPTCY, 525 CENTRAL PARK DRIVE, SUITE 600, OKLAHOMA CITY, OK 73105 |
| 520332327 | | Email/Text: signed.order@pfwattorneys.com | Nov 25 2024 20:50:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 520353661 | + | Email/Text: bankruptcy@purchasingpower.com | Nov 25 2024 20:52:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 520373791 | | Email/Text: bnc-quantum@quantum3group.com | Nov 25 2024 20:51:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520385968 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:02:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332328 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:37:29 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520332329 | | Email/Text: bankruptcy@td.com | Nov 25 2024 20:51:00 | TD BANK, N.A., ATTN: BANKRUPTCY, 1701 RT 70 EAST, CHERRY HILL, NJ 08003 |
| 520336086 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 25 2024 21:01:21 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520332310 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520332315 | *+ | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520332320 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 30 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Shaniqua I. Harris ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4