RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  SHANIQUA I. HARRIS                              Atty:  RUSSELL L LOW ESQ
     692 1/2 CHESNUT STREET                                 LOW & LOW ESQS
     KEARNY,  NJ  07032                                     505 MAIN STREET, SUITE 304
                                                            HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-17078

### RECEIPTS AS OF 01/01/2025                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/19/2024 | $400.00 | 29318780654 | 10/03/2024 | $400.00 | |
| 11/05/2024 | $400.00 | | 12/03/2024 | $400.00 | |

**Total Receipts: $1,600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025                  (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 92.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,500.00 | 100.00% | 1,508.00 | 1,992.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,018.10 | 100.00% | 0.00 | 3,018.10 |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,448.32 | 100.00% | 0.00 | 2,448.32 |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 596.54 | 100.00% | 0.00 | 596.54 |
| 0005 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 8,948.94 | 100.00% | 0.00 | 8,948.94 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 1,786.71 | 100.00% | 0.00 | 1,786.71 |
| 0010 | MACY'S/ DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | MERRICK BANK CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 749.47 | 100.00% | 0.00 | 749.47 |
| 0013 | MIDFIRST BANK | (NEW) Prepetition A | 4,412.09 | 100.00% | 0.00 | 4,412.09 |
| 0014 | MOHELA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | TD BANK, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 24-17078

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0022 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 1,361.24 | 100.00% | 0.00 | 1,361.24 |
| 0024 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | PURCHASING POWER LLC | UNSECURED | 224.00 | 100.00% | 0.00 | 224.00 |

**Total Paid: $1,600.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,600.00    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.