|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY** | Order Filed on August 13, 2025 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2 (c) **Russell L. Low, Esq. – RLL 4745** Low & Low, LLC 505 Main Street, Suite 304 Hackensack, NJ 07501 201-343-4040 Attorneys for Debtor | Case No. 24-17078 |
| In Re: SHANIQUA I. HARRIS Debtor(s) | Chapter 13 Judge: Vincent F. Papalia |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 13, 2025

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance is payable:

  X   through the Chapter 13 plan as an administrative priority.

  ___   outside the plan.

The debtor's monthly plan is modified to require a payment of $542.25 per month for 48 months starting August 1, 2025 to allow for payment of the above fee.