RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

| Re: | SHANIQUA I. HARRIS | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | 692 1/2 CHESNUT STREET | | LOW & LOW ESQS |
| | KEARNY,  NJ  07032 | | 505 MAIN STREET, SUITE 304 |
| | | | HACKENSACK, NJ  07601 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
Chapter 13 Case # 24-17078

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/19/2024 | $400.00 | 29318780654 | 10/03/2024 | $400.00 | |
| 11/05/2024 | $400.00 | | 12/03/2024 | $400.00 | |
| 02/05/2025 | $1,000.00 | | 04/02/2025 | $1,000.00 | |
| 07/08/2025 | $1,000.00 | 29798994330 | 07/08/2025 | $557.00 | 29798994341 |
| 08/05/2025 | $500.00 | 38092286970 | 09/03/2025 | $543.00 | 38092294282 |
| 10/17/2025 | $543.00 | 38138263446 | 12/02/2025 | $545.00 | 38138276700 |
| 01/05/2026 | $900.00 | 38138291886 | | | |

**Total Receipts: $8,188.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,188.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | |
| | 08/18/2025 | $504.39 | 949,266 | 08/18/2025 | $62.76 | 949,266 |
| | 09/16/2025 | $422.44 | 950,610 | 09/16/2025 | $52.56 | 950,610 |
| | 10/20/2025 | $458.76 | 952,066 | 10/20/2025 | $57.09 | 952,066 |
| | 11/17/2025 | $453.94 | 953,512 | 11/17/2025 | $56.48 | 953,512 |
| | 01/12/2026 | $455.61 | 956,332 | 01/12/2026 | $56.69 | 956,332 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 461.28 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,300.00 | 100.00% | 4,300.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,018.10 | 100.00% | 0.00 | 3,018.10 |
| 0002 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | RESURGENT CAPITAL SERVICES | UNSECURED | 2,448.32 | 100.00% | 0.00 | 2,448.32 |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 596.54 | 100.00% | 0.00 | 596.54 |
| 0005 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-17078**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0006 | DEPT OF EDUCATION/NELN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 8,948.94 | 100.00% | 0.00 | 8,948.94 |
| 0009 | LVNV FUNDING LLC | UNSECURED | 1,786.71 | 100.00% | 0.00 | 1,786.71 |
| 0010 | MACY'S/ DSNB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | MERRICK BANK CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 749.47 | 100.00% | 0.00 | 749.47 |
| 0013 | MIDFIRST BANK | (NEW) Prepetition A | 4,412.09 | 100.00% | 2,295.14 | 2,116.95 |
| 0014 | MOHELA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | TD BANK, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 1,361.24 | 100.00% | 0.00 | 1,361.24 |
| 0024 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | PURCHASING POWER LLC | UNSECURED | 224.00 | 100.00% | 0.00 | 224.00 |
| 0026 | MIDFIRST BANK | (NEW) MTG Agree | 549.00 | 100.00% | 285.58 | 263.42 |

**Total Paid: $7,342.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $8,188.00    -    Paid to Claims: $2,580.72    -    Admin Costs Paid: $4,761.28    =    Funds on Hand: $846.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.