UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. -4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br> Shaniqua I. Harris | Case No.: _____24-17078_____<br><br> Judge: _____VFP_____<br><br> Chapter:              13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☒ Certification of Default filed by _____MidFirst Bank_____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The debtor has confirmed with the lender that the January payment is being held
pending the COD. The debtor is respectfully requesting the opporunity to pay the
February and March payment by 3/30/26.

3.       This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: _____          /s/Shaniqua I. Harris_____
                                       Debtor's Signature

Date: _____          _____
                                       Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
         13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
         opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
         Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
         Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
         Default.

*rev.8/1/15*