**Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

<table>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

**Russell L. Low, Esq. – RLL 4745**
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor
</td></tr>
<tr><td>

In Re:

SHANIQUA I. HARRIS

          Debtor(s)
</td></tr>
</table>

Case No. 24-17078

Chapter 13

Judge: Vincent F. Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance is payable:

  X    through the Chapter 13 plan as an administrative priority.

      outside the plan.

The debtor's monthly plan is modified to require a payment of $563.53 per month for 38 months starting June 1, 2026 to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17078-VFP |
| Shaniqua I. Harris | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

**Recip ID                    Recipient Name and Address**
db             +  Shaniqua I. Harris, 692 1/2 Chesnut Street, Kearny, NJ 07032-3015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026               Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Russell L. Low | on behalf of Debtor Shaniqua I. Harris ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4