UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| In Re:<br><br>Shaniqua I. Harris | Case No.: _____24-17078_____<br><br>Judge: _____VFP_____<br><br>Chapter:       13 |
|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

   A hearing has been scheduled for _____ , at _____ .

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ , at _____ .

   ☒ Certification of Default filed by _____MidFirst Bank_____ ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____ , but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
The debtor is respectfully requesting the opportunity to make below payments
which will bring the mortgage current through September:
$2,100 on 07/30, $2,100 on 08/15, $2,100 on 08/30, $2,407.69 on 09/15, regular
monthly payment on 09/30

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: ___7-13-26___                        ___(signature)___
                                           Debtor's Signature

Date: _____                  _____
                                           Debtor's Signature


**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*