Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24–17078–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shaniqua I. Harris
692 1/2 Chesnut Street
Kearny, NJ 07032

Social Security No.:
xxx–xx–9809

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/26 at 10:00 AM

to consider and act upon the following:

*60* – Creditor's Certification of Default (related document:55 Order Resolving Creditor's Certification of Default) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 07/23/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

*61* – Certification in Opposition to (related document:60 Creditor's Certification of Default (related document:55 Order Resolving Creditor's Certification of Default) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 07/23/2026. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Russell L. Low on behalf of Shaniqua I. Harris. (Low, Russell)

Dated: 7/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court